# DISTRICT COURT OF APPEAL OF FLORIDA
## SECOND DISTRICT

_____

CHRISTOPHER HANSON,

Appellant,

v.

SARAH HANSON,

Appellee.

No. 2D2025-1936

_____

April 15, 2026

Appeal pursuant to Fla. R. App. P. 9.130 from the Circuit Court for Hillsborough County; Matthew L. Felix, Acting Circuit Judge.

Christopher Hanson, Appellant, pro se.

Sarah Hanson, Appellee, pro se.

PER CURIAM.

Affirmed.

KHOUZAM, ROTHSTEIN-YOUAKIM, and SMITH, JJ., Concur.

_____

Opinion subject to revision prior to official publication.